IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIRASOLES PRODUCE USA, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:22-cv-1240-E |
| SANCHEZ FARMS and ELIZABETH RAYAS, | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated November 16, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**: December 4, 2023.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE